IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIELLE PRITCHETT,** | : | **Civil No. 1:19-CV-01493** |
| Plaintiff, | : | |
| v. | : | |
| **ALTERNATIVE BEARINGS CORPORATION and THOMAS G. MALLOY,** | : | |
| Defendants. | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Defendants Alternative Bearings Corporation's and Thomas G. Malloy's ("Defendants") motions to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) are **DENIED;**[1]

(2) Defendants' motions to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) are **DENIED** without prejudice to refile in the transferee court;

(3) Defendants' motions to transfer pursuant to 28 U.S.C. § 1404(a) are **GRANTED;**

---

[1] The motions referred to herein are Docs. 15 and 17 on the docket.

2

(4) The Clerk of Court is **DIRECTED** to transfer this action to the United States District Court for the Northern District of Illinois.

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: June 2, 2020